Inc., Appellant.— Motion to consolidate appeals granted. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

WILLIAM PITT, Respondent, v. ROBERT FINLAY, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellant pay respondent twenty dollars costs within five days from the entry of the order herein; otherwise, motion granted, with costs. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

ANNA MARIE PRICE, an Infant, by JOHN L. PRICE, Her Guardian ad Litem, Respondent, v. BROOKLYN EDISON Co., INC., Appellant, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

JOHN L. PRICE, Respondent, v. BROOKLYN EDISON Co., INC., Appellant, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD GILCHRIST, Appellant.— Motion to vacate order dismissing appeal and to allow appeal to be heard on original papers granted upon condition that the appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES F. JACOBS, Appellant.— Motion to dismiss appeal denied upon condition that the appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted; appellant's time to perfect and argue appeal extended accordingly. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on Complaint of CARMINE MINARDI, Respondent, v. DAVID BERMAN, Appellant.— Motion for enlargement of time granted upon condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied; appellant's time to perfect and argue appeal extended accordingly. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

HENRY G. REGAN, Respondent, v. FRED MILLER, Appellant.— Motion to dismiss appeal granted, with costs and ten dollars costs of motion. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

ADDIE M. RYDER, Appellant, v. GRACE E. RICKETTS and WALTER RICKETTS, MINNIE M. EDWARDS and J. SEPTER EDWARDS, Respondents.— Motion to dismiss appeal granted, with costs. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

GEORGE W. SHEARER and THOMAS F. O'LOUGHLIN, Appellants, v. WALLKILL COUNCIL No. 92, JR. O. U. A. M., INC., and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

ANNA M. SIMMS, Respondent, v. STAMFORD HALL COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs.— Motion for leave to appeal